UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAWNTE DUANE JACKSON,

    Plaintiff,

v.

D ECHOLS,

    Defendant.

CASE NO. 2:22-cv-00083-RSM-BAT

**ORDER DISMISSING WITHOUT PREJUDICE**

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The case is dismissed without prejudice

(3) The Clerk is directed to send copies of this Order to the parties.

DATED this 2nd day of May, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING WITHOUT
PREJUDICE - 1